| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | David Alley | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
David Michael Putman

Case No.

Case: 2:21−mj−30438
Assigned To : Unassigned
Assign. Date : 9/15/2021
Description: RE: DAVID MICHAEL PUTMAN (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June through September 13, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251 | Production of child pornography |
| 18 USC §§ 2252A(a)(2) and 2252A(a)(5)(B) | Receipt and possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David M. Alley, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 15, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__    Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR AN ARREST WARRANT

I, David M. Alley, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) in Detroit, Michigan with offices located at 477 Michigan Ave., Suite 1850, Detroit, Michigan. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification.

2. This affidavit is made in support of a criminal complaint and arrest warrant for **Dennis Michael Putman** (DOB XX/XX/1962) for violations of Title

1

18, United States Code, Section 2251 which criminalizes, among other things, the use, persuasion, enticement or coercion of a minor to engage in sexually explicit conduct for the purpose of creating a visual depiction of such conduct, as well as Sections 2252A(a)(2), which criminalizes the receipt of child pornography, and 2252A(a)(5)(B), which criminalizes the possession of child pornography.

3. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for **Dennis Michael Putman.**

## PROBABLE CAUSE

4. On or about September 13, 2021, the Michigan State Police COMET (County of Macomb Enforcement Team) task force executed a search warrant at the residence of Dennis Putman in Warren, MI. The warrant stemmed from an investigation into Putman's illegal importation of controlled substances. In the course of executing the warrant on Putman's residence, officers seized Putman's OnePlus cellular phone and Dell Laptop computer. In a post-*Miranda* statement,

2

Putman provided the passcode for this cellular phone and stated that he utilized "WhatsApp" for his narcotics-related conversations.

    a.    Pursuant to the issued search warrant, a COMET detective reviewed Putman's "WhatsApp" account and observed media exchanged between Putman and a female (identified here as Individual A). In one of the videos, this detective observed two individuals, an older female and a young girl. The adult woman (identified again as Individual A) was standing nude in front of the camera. The minor female (MV-1), who appeared to be about six years' old, was to the side of the woman and was wearing only a t-shirt on top and nothing on her bottom half. The detective then observed Individual A pull MV-1 into the frame. Individual A then lifted MV-1's shirt up to reveal her full naked body. Individual A then turned MV-1 around to reveal her bare buttocks.

5.    On September 14, 2021, Putman was arrested by COMET for Soliciting a Child for Immoral Purposes and for Possessing of Child Sexually Explicit Material and was taken to the Macomb County Jail

6.    On September 14, 2021, I interviewed Putman at the Macomb County Jail. Putman admitted the following in a post-*Miranda* interview:

    a.    Putman stated that he utilized "WhatsApp" (which he referred to as 'Whats up app') and that he had utilized it with his phone number, 248-5**-7***, and had done so for a year or two.

    b.    Putman admitted to communicating with Individual A "every day" and providing her money via PayPal. Putman admitted to having chat conversations with Individual A regarding spanking her children and Individual A's adult children "having sex with the kids." When asked about requesting nude images of children, Putman said, "I'm sure I said take their clothes off, you know, let me see," but denied having received such images from Individual A.

    c.    Putman stated that Individual A has three minor relatives who sometimes stay at her home, to include a minor female that he estimated was between 5-7 years old. I believe this to be MV-1.

    d.    Putman admitted to possessing a video of Individual A and a minor believed to be MV-1 getting ready to go to the pool and that they were dancing around and had their clothes off.[1] Putman stated that he received this video at the beginning of the summer. Putman estimated that this video was one minute and 10 seconds long. Putman denied possessing any other child pornography.

    e.    Putman stated that he talked to Individual A about her sexually exploiting another minor child (MV-2) who lived near her. Putman estimated that this child was between 5-8 years old. Putman claimed that it was fantasy and stated "I don't know if she has, I don't think so." Putman stated that he "could have asked" Individual A "after you get (MV-2) out of the tub, why don't you, you know, go down on him." Putman stated that

---

[1] Putman originally identified the other individual in the video as a different relative, but immediately corrected himself and identified the individual as MV-1.

      Individual A would never tell him that she did this but would say "Ok" and then "we'd always go on to something else". Putman stated that he would make repeated requests of this nature. Putman stated that Individual A did not give this minor child baths that he knew of.

  f. Putman admitted chatting with other persons and might have asked them if they had access to children or "can you get me a boy," but he claimed they were "scammers." Putman denied any hands-on offenses with any minor children.

  7. Putman also stated that Individual A had a residence in the Detroit area and Putman lived in Warren, so I believe that the possession, receipt, and sexual exploitation of children occurred in the Eastern District of Michigan.

## CONCLUSION

  8. I respectfully submit that there is probable cause to believe that **Dennis Michael Putman** (DOB XX/XX/1962) has committed violations of Title 18, United States Code, Sections 2251, 2252A(a)(2) and 2252A(a)(5)(B), which criminalize, among other things, the production, receipt, and possession of child

pornography. I request that the Court authorize the issuance of a criminal complaint and arrest warrant for **David Michael Putman.**

                                          Respectfully submitted,

                                          David M. Alley, Special Agent
                                          Department of Homeland Security
                                          Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:  September 15, 2021